IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JIMMY BROOKS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 3:12-cv-00821 |
| | ) | DISTRICT JUDGE SHARP |
| WELLS FARGO BANK, N.A., | ) | MAGISTRATE JUDGE GRIFFIN |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendant Wells Fargo Bank, N.A. moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant also relies on their brief in support of this motion, filed contemporaneously.

/s/ William A. Lewis
**JONATHAN COLE (#16632)**
**WILLIAM A. LEWIS (#27377)**
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600 (Telephone)
(615) 744-5600 (Facsimile)
jcole@bakerdonelson.com
dlewis@bakerdonelson.com

*Counsel for Wells Fargo Bank, N.A.*

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 4th day of September 2012, a copy of the foregoing was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, in which case the document was electronically mailed to said party:

G. KLINE PRESTON, IV  
Kline Preston Law Group, P.C.  
4515 Harding Pike, Suite 107  
Nashville, Tennessee 37205  
kpreston@klinepreston.com

                                                /s/ William A. Lewis  
                                                William A. Lewis