IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIMMY BROOKS )
) No. 3-12-0821
v. )
)
WELLS FARGO BANK, N.A. )

O R D E R

By order entered October 23, 2012 (Docket Entry No. 12), the initial case management conference was rescheduled to November 28, 2012, at which time counsel for the parties called the Court and requested that the initial case management conference be rescheduled after the resolution of the defendant's pending motion to dismiss (Docket Entry No. 4).

Within one week of the resolution of the defendant's motion to dismiss, if the motion is denied in full or in part, counsel shall schedule a conference call with the Court to address rescheduling the initial case management conference.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge